UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                          CASE NO:  8:09-cv-185-T-33TGW

CAROLYN LUCILLE JACKSON,

    Defendant.
_____/

### **ORDER**

This cause comes before the Court *sua sponte*. This case was transferred to this Court on February 4, 2009, from the Northern District of Georgia. (Docs. ## 11-13).[1] The parties entered a stipulation for settlement on November 9, 2009 which included an agreed payroll deduction order. (Doc. # 35). On November 10, 2009, Magistrate Judge Wilson entered an agreed order ratifying the stipulation for settlement and the agreed payroll deduction order. (Doc. # 37). Magistrate Judge Wilson explained that "this matter shall be dismissed as to all parties in this action pending the satisfactory completion of the payment terms by Defendant Carolyn L. Jackson pursuant to the terms of the Stipulation for Settlement." (Doc. # 37

---

[1] The complaint was originally filed on June 24, 1992, in the United States District Court for the District of Massachusetts. (Doc. #1). Thereafter, it was transferred to the Northern District of Georgia. Id.

at 2).

At this juncture, the Court finds it appropriate to close this case. Neither party has filed any document since Magistrate Judge Wilson approved the parties' stipulation for settlement. Closure of this case will not prohibit the parties from filing motions related to the stipulation for settlement.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

The Clerk is directed to **CLOSE THIS CASE**.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>22th</u> day of July, 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record